KARA B. HENDRICKS
Nevada Bar No. 7743
hendricksk@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada  89169
Telephone:  (702) 792-3773
Fax:        (702) 792-9002

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LOIS ROBINSON, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN MEDICAL SYSTEMS, INC., a Delaware corporation; AMERICAN MEDICAL SYSTEMS HOLDINGS, INC., a Delaware corporation; ENDO PHARMACEUTICALS, INC., a Pennsylvania corporation; ENDO PHARMACEUTICALS HOLDINGS, INC. a Delaware corporation; and ENDO HEALTH SOLUTIONS INC., a Delaware corporation; and DOES 1-10 and ROE ENTITIES 11-20, inclusive<br><br>Defendants. | Court Case No.:  2:13-cv-01708-JCM-GWF<br><br>District Court Case No.   A-13-685017-C<br>District Court Dept. No.   XVII<br><br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING DECISION REGARDING TRANSFER TO MDL** |

The undersigned counsel of record for Defendants American Medical Systems, Inc., American Medical Systems Holdings, Inc., Endo Pharmaceuticals, Inc., and Endo Health Solutions Inc. (formerly known as Endo Pharmaceuticals Holdings, Inc.) (collectively "Defendants") and Lois Robinson ("Plaintiff") hereby stipulate and agree to stay these proceedings pending a decision from the Judicial Panel on Multidistrict Litigation ("JPML") based on the foregoing:

1.   The above-entitled action was commenced in the Eighth Judicial District Court, in and for Clark County, Nevada, Case No. A-13-685017-C ("State Court Action").

*ATL 19314787v1*

2. Plaintiff Lois Robinson commenced the State Court Action by filing a complaint ("Complaint") on July 11, 2013. Plaintiff filed an Amended Complaint ("Amended Complaint") on September 5, 2013.

3. Counsel for Defendants accepted service of the Amended Complaint as to all Defendants on September 6, 2013.

4. Notice of Removal to the United States District Court For the District of Nevada was filed by Defendants on September 18, 2013.

5. The Judicial Panel on Multidistrict Litigation ("JPML") has established four separate Multi-District Litigation proceedings ("MDL") for claims related to pelvic mesh products, including the devices at issue here. There are more than 17,000 cases like this one in *In re: American Medical Systems, Inc., Pelvic Repair System Products Liability*, MDL 2325 (the "AMS MDL") pending in the United States District Court for the Southern District of West Virginia for coordinated pretrial proceedings under 28 U.S.C. § 1407.

6. Defendants are seeking the transfer of this action to the AMS MDL and have provided the JPML notice of this action pursuant to the "tag-along" procedure contained in the MDL Rules.

7. Defendants and Plaintiff hereby agree to a stay of the instant proceedings pending a decision regarding transfer by the JPML.

Dated this 25th day of September, 2013

GREENBERG TRAURIG, LLP

/s/ Kara B. Hendricks
KARA B. HENDRICKS (NV BAR NO. 7743)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Attorneys for Defendant*

Dated this 25th day of September, 2013

EGLET WALL CHRISTIANSEN

/s/ Erica D. Entsminger
Artemus W. Ham, Esq. (NV Bar No. 7001)
Erica D. Entsminger, Esq (NV Bar No. 7432)
400 S. Fourth St., 6th Fl.
Las Vegas, NV 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED this __4th__ day of __October__, 2013:

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

ATL 19314787v1